UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

E.M.M.,

    *Plaintiff-Petitioner*,

v.

JUDITH ALMODOVAR, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. IMMIGRATION AND CUSTOMS ENFORCMENT,

    *Defendants-Respondents*.

Case No. 1:25-cv-08212

ORDER FOR LEAVE TO PROCEED UNDER PSEUDONYM, FILE CERTAIN EXHIBITS UNDER SEAL, AND REDACT REFERENCES TO PETITIONER'S IDENTITY IN REMAINING EXHIBITS AND ALL SUBSEQUENT FILINGS, ORDERS, AND OPINIONS

---

Upon the motion of Petitioner, and in light of the sensitive nature of the issues raised in the case, including but not limited to the nature of Petitioner's previous experiences of torture, the existence of violence threats against his family, and other personal information related to his Asylum Application, Petitioner's motion to proceed under pseudonym ("E.M.M.") in the Petition and file certain exhibits under seal is hereby GRANTED. It is FURTHER ORDERED, that references to Petitioner's identity be redacted from certain exhibits and all other subsequent filings, orders, and opinions that implicate Petitioner's safety and privacy interests.

Dated: October 6, 2025

SO ORDERED.

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE