**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

U.S. Department of Homeland Security

Office: FORT LAUDERDALE, FL, POE

SIGMA Event: 24387706
File No: ███████
Event Number: FTL1912000049

Statement by: M█████ M█ E███ A█

In the case of: E█ A█ M█ M█

Date of Birth: ███████

Gender (circle one): **Male** Female

At: FORT LAUDERDALE, FL (FTL)

Date: December 17, 2018

Before: NATHANIEL SCHORB                CBPO
            (Name and Title)

In the SPANISH language. Interpreter _____ Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

> U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I have said to you?
A. Of course.

Q. What is your native language?
A. Spanish.

Q. Do you speak any other languages?
A. No.

Q. Do you understand me in the Spanish language?
A. Yes.

Q. Any statement you give must be given freely and voluntarily. Are you willing to answer my questions at this time?
A. Yes.

Q. Do you swear or affirm that all the statements you are about to make are true and complete?
...(CONTINUED ON I-831)

EAMM

I-867A (08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-867A |
|---|---|---|
| Alien's Name<br>M▇▇ M▇▇, E▇ A▇ | File Number ▇▇<br>SIGMA Event: 24387706<br>Event No: FTL1912000049 | Date<br>December 17, 2018 |

A. Yes.

Q. Do you have any health conditions that U.S. Customs & Border Protection should be made aware of?
A. Only high blood pressure.

Q. Are you taking any prescription medications?
A. I take medication for my high blood pressure.

Q. Do you have your medications with you?
A. Yes I have my high blood pressure medication with me.

Q. When do you need to take you medication?
A. I only take it once a day. I already took it this morning.

Q. Are you currently under the influence of any alcohol or drugs?
A. No.

Q. Of what country are you a citizen?
A. Nicaragua.

Q. What country do you currently reside in?
A. Nicaragua.

Q. What is your true and complete name?
A. E▇ A▇ M▇ M▇

Q. Have you ever used or been known by any other names?
A. No.

Q. What is your correct date and place of birth?
A. ▇▇▇. I was born in Leon, Nicaragua.

Q. Of what country are your parents citizens?
A. Nicaragua.

Q. Are either of your parents Lawful Permanent Residents of the United States?
A. No.

Q. Did either of your parents have any claim to United States citizenship?
A. No.

Q. What is your father's name and date of birth?
A. A▇ A▇ M▇ R▇. He was born ▇▇ but I don't remember the year.

Q. What is your mother's name and date of birth?
A. V▇ R▇ M▇ A▇ ▇▇ is her date of birth. I don't remember the year for her either.

Q. Are you married?
A. Yes.
...(CONTINUED ON NEXT PAGE)

Signature: [signed]  NATHANIEL SCHORB
Title: CBPO

EAMM

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security        Continuation Page for Form __I-867A__

| Alien's Name | File Number | Date |
|---|---|---|
| M▮▮▮ M▮▮▮ E▮▮▮ A▮▮▮ | SIGMA Event: 24387706<br>Event No: FTL1912000049 | December 17, 2018 |

Q. Of what country is your wife a citizen?
A. Nicaragua.

Q. In what country was your wife born?
A. Nicaragua.

Q. Do you have any children?
A. I have three children.

Q. Of what country are your children a citizens?
A. Nicaragua.

Q. In what country were your children born?
A. Nicaragua.

Q. Where are your children now?
A. In Nicaragua with their mom.

Q. Do you have any family members living in the United States?
A. No.

Q. Do you have any claim to United States citizenship or residency?
A. No.

Q. Have you or anyone you know ever filed any petitions on your behalf with United States Citizenship and Immigration Services (CIS) in order to become a resident of the United States?
A. No.

Q. You arrived in the United States today, December 17, 2018, correct?
A. Yes.

Q. On what flight did you arrive in the United States?
A. Spirit flight 494.

Q. Where did your flight arrive from?
A. Managua, Nicaragua.

Q. Are you travelling with anyone else?
A. No.

Q. Did you present this Nicaraguan passport number ▮▮▮ this B1/B2 visa bearing foil number ▮▮▮ and CBP customs declaration to the CBP Officer on primary requesting admission to the United States as a B-2 visitor for pleasure?
A. Yes.

Q. What is the reason for your trip to the United States today?
A. I wanted to vacation now because we came to work on the 7th or 8th of January of this year.

Q. Do you have a return ticket?
A. No.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| NATHANIEL SCHORB | CBPO |

E A M M

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form __I-867A__

| Alien's Name | File Number | Date |
|---|---|---|
| M▮▮▮ M▮▮ E▮▮▮ A▮▮ | SIGMA Event: 24387706<br>Event No: FTL1912000049 | December 17, 2018 |

Q. When were you planning to return to Nicaragua?
A. It was all going to be depend on how long you guys gave me.

Q. Are you employed in Nicaragua?
A. Yes.

Q. What kind of work do you do back home?
A. I work as pharmacy representative for a pharmacological company in Nicaragua.

Q. You stated earlier that you came to the United States on January 7th or 8th in order to work. What kind of work did you do?
A. I worked at "La Granja" restaurant as a cook in Lauderdale Lakes, FL.

Q. On which trip to the United States did you work?
A. I worked for five or six weeks during my last trip from January to March of this year.

Q. How much did you earn?
A. They paid me $8 per hour. I made about $700 every two weeks.

Q. Are you coming to the United States today with intentions of working here?
A. I only came for vacation this time.

Q. Have you ever applied for authorization to work in the United States?
A. No, never.

Q. Do you understand that it is a violation of your B1/B2 visa to work in the United States?
A. Yes.

Q. How much money in cash are you traveling with today?
A. $800.

Q. Your money was counted and verified before CBP Officer Schorb and you were found to be in possession of $690. Is that correct?
A. Yes.

Q. Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other such legal action?
A. No.

Q. You have been found to be inadmissible to the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act due to the fact that you have engaged in unauthorized employment in the United States. Your visa will be cancelled and you will be returned to Nicaragua on the next available flight. Do you understand?
A. Yes.

Q. Your expedited removal from the United States comes with a bar on reentering the United States for a period of five years. Do you understand?
A. Yes.

| Signature | Title |
|---|---|
| [signed] NATHANIEL SCHORB | CBPO |

E A M M

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)