U.S. Department of Homeland Security

# Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event Number : FTL1912000049   File No: ▮▮▮▮▮▮▮

SIGMA Event: 24387706   Date: December 17, 2018

In the Matter of: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1) You are not a citizen or national of the United States;

2) You are a citizen of Nicaragua and a native of Nicaragua;

3) You are an immigrant not in possession of a valid immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act, to wit: you admitted to engaging in unauthorized employment while in the United States in violation of your B1/B2 visa;

4) On or about December 17, 2018, you arrived at the Fort Lauderdale-Hollywood International Airport, in Fort Lauderdale, Florida, and applied for admission as a ...(CONTINUED ON I-831)

NATHANIEL SCHORB
CBPO
Name and title of immigration officer (Print)

Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

NATHANIEL SCHORB
CBPO
Name and title of immigration officer (Print)

Signature of immigration officer

YAMILA ARAYA
Chief
Name and title of supervisor (Print)

Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on December 17, 2018
NATHANIEL SCHORB                                                                            (Date)
CBPO
Signature of immigration officer

Form I-860 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-860 |
|---|---|---|
| Alien's Name<br>B▓▓▓▓ A▓▓▓▓ M▓▓▓▓ M▓▓▓▓ | File Number ▓▓▓▓<br>SIGMA Event: 24387706<br>Event No: FTL1912000049 | Date<br>December 17, 2018 |

B2 visitor for pleasure.

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
================================================================================

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature /s/ NATHANIEL SCHORB | Title CBPO |
|---|---|

2 of 2 Pages

Form I-831 Continuation Page (Rev. 08/01/07)