U.S. Department of Homeland Security

# Notice of Intent/Decision to Reinstate Prior Order

File No. ▮

Event No: EGT2204000290

Date: April 06, 2022

Name: E▮▮▮▮ A▮▮▮▮ M▮▮▮S-M▮▮▮

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of __REMOVAL__ (Deportation / exclusion / removal) entered against you. This intent is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __December 17, 2018__ (Date) at __MIAMI, FL__ (Location)

2. You have been identified as an alien who:

   [x] was removed on __DEC 18 2018__ (Date) pursuant to an order of deportation / exclusion / removal.

   [ ] departed voluntarily on _____ (Date) pursuant to an order of deportation / exclusion / removal on or after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __April 04, 2022__ (Date) at or near __EAGLE PASS, TEXAS__ (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __SPANISH__ *language.*

__COURTNEY REID__
(Printed or typed name of official)

(Signature of officer)

__Border Patrol Agent__
(Title of officer)

## Acknowledgment and Response

I [ ] do [x] do not wish to make a statement contesting this determination.

__4/6/22__
(Date)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

__April 06, 2022__   __EAGLE PASS,__
(Date)                (Location)

(Signature of authorized deciding official)

__JOSE A. MARTINEZ1__       __[AC]TING PATROL AGENT IN CHARGE__
(Printed or typed name of official)       (Title)

Form I-871 (Rev. 08/01/07)