**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
E. M. M.,

                              Petitioner,

          -against-                                                25 **CIVIL** 8212 (MMG)

                                                                   **JUDGMENT**

JUDITH ALMODOVAR, et al.,

                              Respondents.
----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated November 4, 2025, nothing in the Opinion constitutes a judgment on the

Government's policy decision to devote public resources to removing as many aliens as it can. That is a political

choice that is not before the Court. And, indeed, the Government's own regulations, as discussed with respect to

Section 241.4(l)(2), grant it enormous discretion regarding when and how the previously-authorized release of

removable aliens may be revoked. But that discretion is not unlimited. If the Government does choose to

embark upon a campaign of mass removal, the Constitution, its guarantees of due process to all persons present

in the United States, and the rule of law all demand that detention and removal be conducted lawfully. The

lawful revocation of E.M.M.'s supervised release presents a low bar to the Government, and they may yet

choose to clear it, but they have not done so on the present record and accordingly E.M.M. must be released

from custody immediately. For the foregoing reasons, the Court has GRANTED E.M.M.'s habeas petition in

part. The Government is hereby ORDERED to release E.M.M. from custody. The Government is further

ORDERED to file a letter certifying compliance with this Court's Order by no later than noon on Wednesday,

November 5, 2025.

**Dated:** New York, New York

          November 5, 2025

                                        **TAMMI M. HELLWIG**
                                _____
                                        **Clerk of Court**

                    **BY:**          K. Mango
                                _____
                                        **Deputy Clerk**